AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

-vs-

TOBIAS ROSS

# CRIMINAL COMPLAINT

CASE NUMBER: 3:07- MJ - 125

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Count 1**: On or about October 25, 2007, in Lackawanna County, in the Middle District of Pennsylvania, the defendant, *Tobias Ross*, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee with the U.S. Marshals Service, and in such assumed and pretended character did act as such, in that he falsely stated he was with the U.S. Marshals Service in an effort to gain access to the Marshals Office and other areas of the federal courthouse building in Scranton, Pennsylvania, armed with a firearm, in violation of Title 18, United States Code, Section 912 .

**Count 2**: On or about October 25, 2007, in Lackawanna County, in the Middle District of Pennsylvania, the defendant, *Tobias Ross*, knowingly attempted to possess and cause to be present, and possessed and caused to be present, a firearm in a Federal facility, in that the defendant entered the federal courthouse building in Scranton in possession of a firearm, and did attempt to gain access to all areas of the federal building while in possession of the firearm, in violation of Title 18, United States Code, Section 930(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof. _X_ Yes __ No

[signature]

Signature of Complainant

Sworn to before me, and subscribed in my presence

Oct 26, 2007 at Scranton, Pennsylvania

Date | City and State

Thomas M. Blewitt, U.S. Magistrate Judge

Name and Title of Judicial Officer

[signature]

Signature of Judicial Officer